**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-6819**

———

QUENTIN MCLEAN,

                                  Plaintiff - Appellant,

        versus

THOMAS N. FAUST, Sheriff; MARCIA SANDLER, Dep-
uty Clerk; DAVID A. BELL, Clerk of the Court,

                                  Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-99-625-2)

———

Submitted:  December 16, 1999      Decided:  December 27, 1999

———

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

Quentin McLean, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Quentin McLean appeals from the district court's order dismissing his § 42 U.S.C.A. § 1983 (West Supp. 1999) claim under 28 U.S.C.A. § 1915A (West Supp. 1999) for failure to state a claim. McLean has moved in this court for the appointment of counsel and for emergency relief. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McLean v. Faust, No. CA-99-625-2 (E.D. Va. June 2, 1999). We deny McLean's motions for appointment of counsel and for emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED